# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 29, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

152802 & (18)

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

                                      SC: 152802
                                      COA:  328557

GARY DUANE FRISBY,
        Defendant-Appellant.
                                      Genesee CC:  11-028915-FC

_____/

       On order of the Court, the application for leave to appeal the November 4, 2015 order of the Court of Appeals is considered.  We DIRECT the Genesee County Prosecuting Attorney to answer the application for leave to appeal, as well as the motion to add an issue, within 28 days after the date of this order.

       The application for leave to appeal and the motion to add issue remain pending.



       I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 29, 2016



a0922

Clerk